**FILED**

**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DITRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BEST VACUUM, INC., an Illinois Corporation, | ) |
| Plaintiff, | ) |
| | ) COMPLAINT FOR TRADEMARK |
| | ) INFRINGEMENT, TRADEMARK DILUTION, |
| | ) UNFAIR COMPETITION, AND DECEPTIVE |
| v. | ) TRADE PRACTICES |
| | ) |
| MH VACUUM & SEWING MACHINE, | ) |
| | ) Jury Demanded |
| Defendant. | ) |

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

**07 C 7176**

Plaintiff, Best Vacuum, Inc., ("Best Vacuum") through its attorneys, alleges as follows:

## I.    SUMMARY

By this complaint, Best Vacuum seeks to prevent consumer confusion and protect "BESTVACUUM.COM," a federally-registered trademark, from intentional infringement and dilution by a direct competitor. Defendant, MH VACUUM & SEWING MACHINE ("MH Vacuum"), is operating an Internet Web site located at "bestvacuumcleaner.net" to compete directly with Best Vacuum's Internet business "bestvacuum.com" and is using bestvacuumcleaner.net to immediately convey to consumers an association with Best Vacuum and unfairly trade off the reputation and goodwill of the BESTVACUUM.COM mark.

In May of 1996 Best Vacuum registered the Internet Domain Name "BESTVACUUM.COM." Since then, Best Vacuum has actively promoted the use of the mark BESTVACUUM.COM on the Internet by advertising BESTVACUUM.COM on Internet search engines and directories and in magazines and newspapers. On March 6, 2007 the mark "BESTVACUUM.COM" was registered with the United States Patent & Trademark Office, Reg. No. 3,214,717. Best Vacuum currently offers Vacuums, and accessories for sale directly to consumers via the Internet using the mark BESTVACUUM.COM.

In the Summer of 2007, MH Vacuum began to advertise and promote itself and its vacuum cleaner products under the name "bestvacuumcleaner.net." On May 22, 2007, June 11, 2007 and July 10, 2007, Best Vacuum sent MH Vacuum cease and desist letters demanding that MH Vacuum cease use of bestvacuumcleaner.net. MH Vacuum has never replied to any of these letters and has failed to comply with Best Vacuum's demand to cease use of "bestvacuumcleaner.net." MH Vacuum continues to offer vacuum cleaners and accessories for sale directly to consumers using "bestvacuumcleaner.net."

MH Vacuum's use of "bestvacuumcleaner.net." in direct competition with BESTVACUUM.COM, for the identical type of goods distributed through the same channels of trade, is likely to confuse consumers. The similarity between the "bestvacuumcleaner.net." and bestvacuum.com marks will lead some to conclude that "bestvacuumcleaner.net." was exclusively or jointly developed by, licensed or certified by, or is otherwise associated or affiliated with BESTVACUUM.COM. Indeed, customers of Best Vacuum have been *actually confused* by the similarity due to the proximity of the web sites in Internet Search Engine results. Consumers, especially those first-time buyers who are not sophisticated, or who learn about bestvacuum.com by word of mouth, are likely to be misled as to the source, sponsorship, or affiliation with "bestvacuumcleaner.net."

Preventing this confusion will help consumers to make fully informed choices about the products they purchase and the merchants from whom they purchase, and will therefore promote the consumer protection goals of the trademark and unfair competition laws.  In this action Best Vacuum seeks to enjoin MH Vacuum from using anything confusingly similar to the trade name and trademark BESTVACUUM.COM for the marketing and sale of a directly competing products.  The unfair competition laws do not allow a latecomer to copy a famous mark and "free ride" on the goodwill associated with it.  A myriad of other names are available.  Best Vacuum's

long term and extensive investment in BESTVACUUM.COM has made that mark famous. A direct competitor should not be allowed to benefit from that investment at the expense of Best Vacuum and to the detriment of consumers.

## II.    JURISDICTION AND VENUE

1.     This is a Complaint for Trademark Infringement, Trademark Dilution and Unfair Competition arising under §§ 32 and 43 of the Lanham Act, 15 U.S.C. § 1114(1)(Trademark Infringement), 15 U.S.C. § 1125(c)(Trademark Dilution), and 15 U.S.C. § 1125(a)(Unfair Competition), and for deceptive trade practice arising under the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2.

2.     The Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).  The Court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367.

3.     The Court has personal jurisdiction over the defendant MH Vacuum because the defendant maintains continuous and systematic commercial contacts with the State of Illinois. Also, the defendant has purposefully availed itself of the opportunity to conduct commercial activities in this forum, and this Complaint arises out of those activities. The defendant maintains a Web site at www.bestvacuumcleaner.net that actively and continuously solicits commercial interaction with Illinois residents, that actively displays, disseminates, and promotes the infringing "bestvacuumcleaner.net" domain name, and that urges other proprietors of websites in Illinois and throughout the United States to display and propagate the infringing marks. The publication and dissemination of the infringing trademark in Illinois is causing ongoing injury to Best Vacuum and dilution of the BESTVACUUM.COM trademark in Illinois.

4.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events giving rise to the claim occurred, and continue to occur, in the

Northern District of Illinois. The damage to Best Vacuum described herein takes place in the Northern District of Illinois.

III.    THE PARTIES

5.    Best Vacuum is an Illinois corporation with its principal place of business in Chicago, Illinois. Best Vacuum's business activities include the sale of vacuums, accessories and related products. Best Vacuum uses the BESTVACUUM.COM mark around the world to promote the sale of its products at its retail store location and through its Internet Web site.

6.    On information and belief, "MH Vacuum & Sewing Machine" is the assumed name of an individual or individuals conducting business in Kings County in the State of New York. Despite attempts to locate information regarding the business known as "MH Vacuum & Sewing Machine" Plaintiff is unable to locate any business registration records with the State of New York or Kings County, New York, where Defendant conducts its operations. MH Vacuum is marketing and selling directly competing vacuums, accessories and related products using a domain name that is confusingly similar to Plaintiff's registered trademark.

**IV.    STATEMENT OF FACTS**

7.    Best Vacuum, Inc. is a world leader in the market for vacuum cleaners sold to consumers via the Internet.

8.    Since at least as early as 1983, Best Vacuum has used the trademark BEST VACUUM to promote its vacuum cleaner products for consumers.

9.    On August 30, 2004, Best Vacuum applied for the registration of its BESTVACUUM.COM trademark. On March 6, 2007 the mark "BESTVACUUM.COM" was registered with the United States Patent & Trademark Office, Reg. No. 3,214,717. (A true and correct copy of the Registration Certificate is attached hereto as Exhibit A.)

10.    Since 1983, Best Vacuum has expended over $1 Million in marketing its BEST VACUUM products using the BEST VACUUM trademarks.  On average, Best Vacuum spends Sixty Thousand Dollars ($60,000) per month on Internet advertising alone. Best Vacuum continues to widely advertise and market the BESTVACUUM.COM trademark.

11.    Best Vacuum currently sells eight (8) different brands of vacuum cleaner and is the leading United States distributor of Miehle brand Vacuum Cleaners. Since its inception, Best Vacuum has sold to over fifty thousand (50,000) customers. This ongoing success is due at least in part to Best Vacuum's extensive effort to promote BESTVACUUM.COM trademark.

12.    The BESTVACUUM.COM trademark is broadly recognized both within the vacuum cleaner industry and among the general public as the brand identifier for Best Vacuum's products.   The fame and goodwill associated with the BESTVACUUM.COM trademark is one of Best Vacuum's most valuable corporate assets.

13.    Upon information and belief, Defendant MH Vacuum registered the Internet domain name "bestvacuumcleaner.net" on December 6, 2006. The domain name leads consumers to products that compete directly with Best Vacuum's products, including identical brands. According to the bestvacuumcleaner.net website, operated by MH Vacuum, "MHVacuum.com… [is] a family-owned business serving homemakers in the tri-state area since 1979, [having] established a reputation as the reliable source for vacuums, air purifiers, and accessories,.."  (A true and correct copy of the "Conditions of Use" page is attached hereto as Exhibit B.)

14.    MH Vacuum has intentionally chosen to register the "bestvacuumcleaner.net" domain name to market and sell products that compete directly with BESTVACUUM.COM.

15.     MH Vacuum has continually used the name "bestvacuumcleaner.net" to promote both the company and its products.

5

16.    On information and belief, MH Vacuum intends to continue to use the "bestvacuumcleaner.net" domain name in promoting both the company and its products.

17.    The "bestvacuumcleaner.net" domain name and the BESTVACUUM.COM mark are nearly identical in appearance, sound and overall impression.  On information and belief, MH Vacuum intentionally adopted the "bestvacuumcleaner.net" to trade on the fame and goodwill associated with the BESTVACUUM.COM mark.

18.    As part of its ongoing promotional, marketing and sales effort, MH Vacuum maintains an interactive commercial website at www. "bestvacuumcleaner.net."

19.    MH Vacuum's Web site actively solicits sales and invites potential customers to engage in a variety of interactive exchanges. On information and belief MH Vacuum has obtained subscribers for its mailing lists in the Northern District of Illinois and has distributed its newsletters, including the infringing trademarks, in the Northern District of Illinois.

20.    MH Vacuum's Web site solicits consumers to send inquiries, send questions and get information about new products and promotional offers, join mailing lists and e-mail distribution groups, and e-mail questions to mailboxes specifically designated for such topics. On information and belief users in the Northern District of Illinois have responded to these requests and joined MH Vacuum mailing lists.

21.    MH Vacuum's Web site also solicits users to establish a "link" and display on other Web sites advertisements containing the "bestvacuumcleaner.net" name.  Therefore, the "bestvacuumcleaner.net" name is being been freely disseminated and published at other Internet locations.

22.    Best Vacuum markets its products for sale to consumers at the retail level.  Best Vacuum also sells its products directly to individual consumers via the Internet through its Web site located at www.bestvacuum.com.  Therefore, by marketing the MH Vacuum products to

retail consumers through the Internet, MH Vacuum is selling identical products in the same channels of distribution that are used by Best Vacuum.

23.    The use of the "bestvacuumcleaner.net" name to compete directly with the BESTVACUUM.COM trademark is likely to cause consumer confusion, mistake, and deception.

24.    The similarity between the "bestvacuumcleaner.net" and BESTVACUUM.COM marks is likely to lead consumers to mistakenly conclude that the "bestvacuumcleaner.net" and Web site was exclusively or jointly developed by, licensed or certified by, or otherwise sponsored or approved by Best Vacuum, or that MH Vacuum and its products are somehow otherwise affiliated, connected, or associated with Best Vacuum.  Consumers are likely to be misled as to the true source, sponsorship, or affiliation of the MH Vacuum products.

25.    On information and belief, through its use of the "bestvacuumcleaner.net" name, MH Vacuum has intentionally and with knowledge sought to cause consumer confusion, mistake, and deception.

26.    The ongoing promotion and dissemination of the "bestvacuumcleaner.net" name is likely to lessen the capacity of the BESTVACUUM.COM trademark to identify and distinguish Best Vacuum products.  On information and belief, through the use of "bestvacuumcleaner.net," MH Vacuum willfully intended to dilute the ability of the BESTVACUUM.COM trademark to identify and distinguish Best Vacuum products.

## COUNT I

### TRADEMARK INFRINGEMENT UNDER LANHAM ACT § 32

27.    Plaintiff realleges paragraphs 1-26 of this Complaint as if fully set forth herein.

28.    MH Vacuum's use of "bestvacuumcleaner.net" to promote, market, or sell products in direct competition with the registered trademark BESTVACUUM.COM constitutes trademark infringement pursuant to 15 U.S.C. § 1114.  MH Vacuum's intentional and willful

infringement of the BEST VACUUM trademark has caused and will continue to cause damage to Best Vacuum, and is causing irreparable harm to Best Vacuum for which there is no adequate remedy at law.

**COUNT II**

**TRADEMARK DILUTION UNDER LANHAM ACT § 43**

29.     Plaintiff realleges paragraphs 1-28 of this Complaint as if fully set forth herein.

30.     MH Vacuum's use of "bestvacuumcleaner.net" to promote, market, or sell identical products constitutes willful Trademark Dilution pursuant to 15 U.S.C. § 1125(c).  MH Vacuum's intentional and willful dilution of the registered trademark BESTVACUUM.COM has caused and will continue to cause damage to Best Vacuum, and is causing irreparable harm to Best Vacuum for which there is no adequate remedy at law.

**COUNT III**

**UNFAIR COMPETITION UNDER LANHAM ACT § 43**

31.     Plaintiff realleges paragraphs 1-30 of this Complaint as if fully set forth herein.

32.     MH Vacuum's use of "bestvacuumcleaner.net" to promote, market, or sell products in direct competition with BESTVACUUM.COM constitutes Unfair Competition pursuant to 15 U.S.C. § 1125(a).  MH Vacuum's use of "bestvacuumcleaner.net" marks is likely to cause confusion, mistake, and deception among consumers. MH Vacuum's unfair competition has caused and will continue to cause damage to Best Vacuum, and is causing irreparable harm to Best Vacuum for which there is no adequate remedy at law.

**COUNT IV**

**DECEPTIVE TRADE PRACTICES UNDER 815 ILCS 510/2.**

33.     Plaintiff realleges paragraphs 1-32 of this Complaint as if fully set forth herein.

34.    MH Vacuum's use of "bestvacuumcleaner.net" to promote, market, or sell products in direct competition with the registered trademark BESTVACUUM.COM constitutes a deceptive trade practice pursuant to 815 ILCS 510/2 et seq. MH Vacuum's use of "bestvacuumcleaner.net" is an unfair or deceptive practice occurring in trade or commerce that impacts the public interest and has caused injury to Best Vacuum.  Plaintiff's unfair business practice has caused and will continue to cause damage to Best Vacuum, and is causing irreparable harm to Best Vacuum for which there is no adequate remedy at law.

**WHEREFORE**, plaintiff respectfully prays that this Court:

1.    Issue a preliminary and permanent injunction, enjoining and prohibiting MH Vacuum, and each and every natural personal, individually doing business under the assumed name MH Vacuum & Sewing Machine, or its agents, servants, employees, officers, attorneys, successors and assigns from:

(A)    Using the "bestvacuumcleaner.net" domain name, or any similar version thereof, in connection with the description, marketing, promotion, advertising, or sale of vacuum cleaners or other similar products;

(B)    Infringing Best Vacuum's BESTVACUUM.COM trademark;

(C)    Diluting Best Vacuum's BESTVACUUM.COM trademark;

2.    Order an award of damages against MH Vacuum and each and every natural personal, individually doing business under the assumed name MH Vacuum & Sewing Machine, in an amount to be determined at trial;

3.    Order an award of treble damages against MH Vacuum and each and every natural personal, individually doing business under the assumed name MH Vacuum & Sewing Machine, as provided by Section 35(a) of the Lanham Act;

4.      Order an award of attorney's fees and costs against MH Vacuum and each and every natural personal, individually doing business under the assumed name MH Vacuum & Sewing Machine, as provided by Section 35(a) of the Lanham Act and 815 ILCS 510/3, and

5.      Any other or further relief that the Court deems appropriate.

## V.    JURY DEMAND

Plaintiff hereby demands a trial by jury of all issue in this case.


DATED this December 21, 2007.

Respectfully submitted,

BEST VACUUM, INC.


By:      [signed] /david m. adler/_____
         David M. Adler, One of its attorneys

Attorneys for Plaintiff Best Vacuum, Inc.

David M. Adler, Esq.
DAVID M. ADLER, ESQ. & ASSOCIATES, PC
161 North Clark Street, Suite 2550
Chicago, IL 60601
Phone: (312) 379-0236
Attorney No. 35543
ISBA #6242403

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,214,717**

**United States Patent and Trademark Office**

**Registered Mar. 6, 2007**

## SERVICE MARK
### PRINCIPAL REGISTER

# bestvacuum.com

BEST VACUUM, INC. (ILLINOIS CORPORA-
TION)
2646 N. LINCOLN AVE.
CHICAGO, IL 60614

FOR: ONLINE RETAIL STORE SERVICES FEA-
TURING VACUUM CLEANERS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 5-14-1996; IN COMMERCE 5-14-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-492,049, FILED 9-30-2004.

MIDGE BUTLER, EXAMINING ATTORNEY



 

* About Us/Shipping
* Search
* Contact Us
* Create an account
* Customer Login

SHOPPING CART



now in your cart
**0 items**

| HOME | NEW PRODUCTS | MY ACCOUNT | SHOPPING CART | CHECKOUT |

**SHOP BY CATEGORY**

Lindhaus Vacuum Cleaners

Sebo Vacuum Cleaners

Koblenz Vacuum Cleaners

Airrider Vacuum Cleaners

Wet/Dry Vacuum Cleaners

Handheld Vacuums

Vacuum Accessories

Commercial Floor Machine

Shampooers/ Polishers

Air Purifiers & Accessories

Ultrasonic Humidifiers

Sewing Machines

Site search:

Advanced search



### CONDITIONS OF USE

Welcome to MHVacuum.com. As a family-owned business serving homemakers in the tri-state area since 1979, we have established a reputation as the reliable source for vacuums, air purifiers, and accessories, all at competitive prices.

MHVacuum.com is your source for information, great prices, free shipping and free extended warrantees on outstanding vacuums and air purifiers from Miele, Sebo, Lindhaus, Air-O-Swiss, Austin Air, Amaircare, and Allerair. We also carry a wide variety of HEPA bags, filters, and accessories for many other popular vacuum cleaners.

Through our direct relationship with manufacturers, we are able to achieve our goal; to pass along savings to you and offer customer support so that you have the best shopping experience. We obtain the lowest prices possible through our negotiations with the manufacturer and distributor and constantly monitor our pricing so that you the consumer will benefit – it is that simple.

MH VACUUM does not and will never sell, trade or exchange your personal information with any other business entity or individual. We are in the business of selling quality products to consumers. We never sell email addresses, or any other personal information.

Our on-line store is open 24/7. Your purchases are made through a secure server.

Feel free to contact us by phone during store hours, or by e-mail 24/7

Telephone: 1-866-486-6457
344 Roebling Street
Brooklyn, NY 11211

info@mhvacuum.com

| Store Hours | |
|---|---|
| Sunday-Thursday | 10:00 AM-6:00 PM **EST** |
| Saturday | Closed |

### Shipping Rates & Locations

Free shipping on orders of $100.00 or more, and free second-day air for air purifier and vacuum cleaner purchases of $399.00 or more.

MH Vacuums will ship to the 48 contiguous states in the continental USA. Please contact us for pricing if you need your items shipped through a quicker method. We will charge your credit card accordingly only after informing you of the additional charges.



**Delivery Time**
Delivery times will vary. Most orders will ship within 1 - 5 business days and arrive within
1 - 8 business days depending on your shipping method.

We ship most of our packages via UPS. Sometimes, we do ship packages Fedex. We do
not ship via USPS. We do not take requests for the shipping carrier. Please make sure
that you give us an accurate street address that can be delivered to. Delivery quotes are
for business days only. Shippers do not ship on Friday, Saturday or Sunday and do not
count those days in quotes. The ship date is not counted in air quotes. For example, if it
ships 2nd Day Air on Tuesday, it should arrive on Thursday.

**30 day Return Policy**
We offer a 30 day return policy except for any custom product built to order. For all other
items, the following conditions must be met:

- The 30 day policy begins the date the customer receipt and product arrives at the
  delivery location.
- Product is in its original packaging material, was not used, not damaged and
  clean.
- Product must arrive at the vendor's location within 30 days from customer receipt
  date.
- Shipping charges are the responsibility of the customer unless the customer
  received the wrong product shipped or the customer received a damaged item. If
  free shipping was provided, standard shipping charges will be deducted from
  refund unless the customer received the wrong product shipped or the customer
  received a damaged. item.

  Always inspect your package for damage before signing for the delivery.

- If all of the conditions are met, the refund will be issued only after receipt and
  satisfactory examination of the returned item.

**Cancellations**
An order cancelled after it is shipped, will have the 30 day return policy apply as
explained above, the item must **not** be opened.



MH Vacuum & Sewing Machine
344 Roebling Street
Brooklyn, NY 11211
Tel:1-866-486-6457

Copyright © 2006 MH Vacuums
Powered by: **355 Media**

Miele Vacuum Cleaners | Sebo Vacuum Cleaners | Lindhaus Vacuum Cleaners | Commercial Floor Machines | Air-O-Swiss Air Purifiers
Vacuum Cleaner Forum | Vacuum Cleaner Reviews | Vacuum Cleaner Blog | Vacuum Cleaner Articles