**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7176

| In the Matter of | Case Number: |
|---|---|
| Best Vacuum, Inc. v. MH Vacuum & Sewing Machine | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Best Vacuum, Inc.

JUDGE COAR
MAGISTRATE JUDGE NOLAN

| NAME (Type or print) |
|---|
| David M. Adler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ david m. adler/ |
| FIRM |
| David M. Adler, Esq. & Assoc. PC |
| STREET ADDRESS |
| 161 N. Clark St., Suite #2550 |
| CITY/STATE/ZIP |
| Chicagi, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6242403 | (312) 379-0236 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐