# United States District Court for the Northern District of Illinois

Case Number: 07cv7176           Assigned/Issued By: j. n.

Judge Name: Coar              Designated Magistrate Judge: Nolan

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____            Receipt #: 2420032_____

Date Payment Rec'd: 12-21-07___            Fiscal Clerk: j. n._____

## ISSUANCES

[✓] Summons                            [ ] Alias Summons

[ ] Third Party Summons                [ ] Lis Pendens

[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment
                                       _____
[ ] Wage-Deduction Garnishment Summons _____
                                       (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _1_____ copies on _12-21-07_____ as to _DEFENDANT_____
                                          (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05