## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

The undersigned, Paul Teven, under oath and intending to be bound, hereby avers, deposes and states as follows:

1. The undersigned is the President of Best Vacuum, Inc. ("Plaintiff") and has the authority to act on behalf of the Plaintiff.

2. The undersigned has firsthand knowledge of the relevant facts and statements contained herein.

3. Subsequent to Defendant's return of the Waiver of Summons, Defendant changed the web pages located at bestvacuumcleaner.net by removing all instances of its company name, "MH Vacuum & Sewing Machine" and replacing it with an image file consisting of the separated words "Best," "vacuumcleaner," ".net."

4. Subsequent to Defendant's return of the Waiver of Summons, Defendant has altered the Web site Meta-Information, information that Internet Search Engines use to return relevant search results based upon a user's search keywords.

5. Defendant has included the term "Miele" in its Meta-Information for the web site located at bestvacuumcleaner.net, despite the fact that Defendant does not sell Miele brand products on the web site located at bestvacuumcleaner.net.

6. Plaintiff has been informed by Miele that Miele has ordered defendant to remove the term "Miele" from the web site located at bestvacuumcleaner.net.

7. When performing a search for Best Vacuum, bestvacuum.com or Miele Vacuums, Defendant's web site sometimes appears ahead of Plaintiff's in Google search engine results.

8. Plaintiff is currently one of the leading sales representatives in the United States for Miele brand vacuum cleaners, a brand originating in the Country of Germany.

9. Affiant has read the Motion and all allegations contained therein are true and correct.

10. The undersigned has read and understands the foregoing and does hereby swear and affirm that the representations contained therein are true.

_____
Paul Teven

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

This Affidavit of Paul Teven was subscribed and sworn to before me on this 28th day of February, 2008.

AS WITNESS my hand and Notarial Seal.

[Notary Seal: "OFFICIAL SEAL" JOHN R. ZUREK, Notary Public, State of Illinois, My Commission Expires March 25, 2009]

_____
Notary Public