BEST VacuumCleaner .net