IN THE UNITED STATES DITRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BEST VACUUM, INC., an Illinois Corporation,<br>            Plaintiff,<br><br>   v.<br><br>MH VACUUM & SEWING MACHINE,<br><br>            Defendant. | 07 CV 7176<br><br>Judge Coar,<br>Magistrate Judge Nolan. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 6, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Room 1419 and then and there present the attached PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

David M. Adler, an attorney, certifies that in accordance with Local Rule 5.3 of the United States District Court for the Northern District Of Illinois, he caused a copy of PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION to be served upon:

Charles Lee Mudd, Jr.
Law Offices of Charles Lee Mudd, Jr.
3344 North Albany avenue
Chicago, Illinois 60618
Attorney for Defendant

by placing the same in a United Sates Post Office Box located at 161 North Clark Street, Chicago, Illinois, postage prepaid, this 3rd day of March, 2008.


By:   _____
        David M. Adler, Esq.

David M. Adler, Esq.
DAVID M. ADLER, ESQ. & ASSOCIATES, PC
161 North Clark Street, Suite 2550
Chicago, IL 60601
Phone: (312) 379-0236
Fax (312) 275-7534
ISBA #6242403