**IN THE UNITED STATES DITRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BEST VACUUM, INC., an Illinois Corporation, | ) |
| Plaintiff, | ) |
| | ) 07 CV 7176 |
| | ) |
| v. | ) Judge Coar, |
| | ) Magistrate Judge Nolan. |
| MH VACUUM & SEWING MACHINE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on March 5, 2008, Counsel for Plaintiff filed the attached, corrected MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, correcting the signature line, a copy of which is attached hereto and served upon you.

**CERTIFICATE OF SERVICE**

David M. Adler, an attorney, certifies that in accordance with Local Rule 5.3 of the United States District Court for the Northern District Of Illinois, he caused a copy of this Notice of Filing to be served upon:

Charles Lee Mudd, Jr.
Law Offices of Charles Lee Mudd, Jr.
3344 North Albany avenue
Chicago, Illinois 60618
Attorney for Defendant

by placing the same in a United Sates Post Office Box located at 161 North Clark Street, Chicago, Illinois, postage prepaid, this 5th day of March, 2008.

By: [signed ] /David M. Adler, Esq./
David M. Adler, Esq.

David M. Adler, Esq.
DAVID M. ADLER, ESQ. & ASSOCIATES, PC
161 North Clark Street, Suite 2550
Chicago, IL 60601
Phone: (312) 379-0236
Fax (312) 275-7534
ISBA #6242403