**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Best Vacuum Inc
                                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−07176
　　　　　　　　　　　　　　　　　　　　　　Honorable David H. Coar

MH Vacuum & Sewing Machine
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 3/6/2008 regarding motion for preliminary injunction[6]. MOTION by Plaintiff Best Vacuum Inc for preliminary injunction [6] is entered and continued for hearing to 4/7/08 at 10:00 a.m. Preliminary Injunction hearing set for 4/7/2008 at 10:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.