# LAW OFFICES:
# DAVID M. ADLER, ESQ. & ASSOCIATES, PC

*Safeguarding Ideas, Relationships & Talent*®

June 11, 2007

**VIA Certified US Mail**

MH Vacuum & Sewing Machine
344 Roebling Street
Brooklyn, NY 11211

    **RE:**    **"bestvacuumcleaner.net"**

To whom it may concern:

    I am writing you on behalf of my client, Best Vacuum, Inc. ("Best Vacuum"). Best Vacuum is the owner of the trademark and trade name "Best Vacuum" and the trademark BESTVACUUM.COM, U.S. Registration #3214717. A copy of the registration certificate is attached for your convenience. Best Vacuum operates an online retail store at "www.bestvacuum.com."

    It has come to our attention that you have disguised your identity and registered the domain name "bestvacuumcleaner.net" through the "ipower.com" service for purposes of operating a competing online retail store at "www.bestvacuumcleaner.net." A printout of the WHOIS results are attached for your convenience.

    Best Vacuum strongly objects your use of the domain name bestvacuumcleaner.net. You are confusing and misleading potential vendors and customers by redirecting Internet users who search for "Best Vacuum" and "bestvacuum.com" to an online retail store operated by you, which is confusingly similar to the name of the online retail store operated by Best Vacuum. Moreover, because the confusion is occurring in connection with the sales of identical goods, your use of the mark has directly impacted and diminished Best Vacuum's business goodwill.

    Best Vacuum has spent several decades developing it's mark and name and is committed to protecting its rights under the law. Your use violates not only federal laws, but the laws of the State of Illinois and the general common law. My client regards the use of its name and its mark as unauthorized. The unauthorized use of the Internet domain name "bestvacuumcleaner.net" constitutes trade name infringement, trade mark dilution, and unfair competition under the following:

    1.    The Lanham Act, 15 USC, 43(a);

**Bestvacuumcleaner.net**
June 11, 2007
Page 2

      2.      The Federal Trademark and Dilution Act of 1995, 15 USC, Section 1125C;
      3.      State Unfair and Deceptive Trade Practices Acts; and
      4.      The General Common Law.

You should be advised the violation of these statutes entitles Best Vacuum to injunctive relief, compensatory damages, punitive damages and attorneys fees. **Accordingly, you are hereby directed to immediately cease using "bestvacuumcleaenr.net" and refrain from any and all future use of the mark "Best Vacuum" or any confusingly similar representation thereof.**

To that end, my client seeks to resolve this matter on an amicable basis and requests that you finalize all changes necessary to comply with this request within ten (10) business days of the date of this letter.

My client also seeks written assurance within ten (10) business days that you, your agents, officers, employees and assignees will cease using "bestvacuumcleaenr.net" and refrain from any and all future use of the mark "Best Vacuum" and any confusingly similar mark or name.

Please be advised if this matter cannot be resolved on an amicable basis, my client has authorized us to take the appropriate action to protect its rights under federal statutes, state statutes and the common law.

I look forward to your prompt response to this matter.

                Very truly yours,

                DAVID M. ADLER, ESQ. & ASSOCIATES, P.C.

DMA/jb

Cc:     P.Teven