# LAW OFFICES:
# DAVID M. ADLER, ESQ. & ASSOCIATES, PC

*Safeguarding Ideas, Relationships & Talent*®

July 10, 2007

**VIA FedEx**

MH Vacuum & Sewing Machine
344 Roebling Street
Brooklyn, NY 11211

      RE:      "bestvacuumcleaner.net"

To whom it may concern:

      I am writing you on behalf of my client, Best Vacuum, Inc. ("Best Vacuum"). This letter is a follow-up to my June 11, 2007 correspondence to you demanding that you cease using the Internet Domain Name "bestvacuumcleaner.net." A copy of the June 11 letter is enclosed for your convenience.

      Please be advised that I have been contacted by someone named "Abraham," affiliated with 355media.com, and claiming to be the web designer for the web site located at "bestvacuumcleaner.net." During my very brief discussion with Abraham, I learned that he is neither an attorney representing MH Vacuum & Sewing Machine nor an employee of MH Vacuum & Sewing Machine. Therefore, I am prohibited from discussing this matter with him under the Rules of Professional Responsibility.

      Please disable the Internet Domain Name "bestvacuumcleaner.net" and contact me directly or through your attorney within ten (10) days of the date of this letter. If you fail to do so, I shall be forced to conclude that you do not wish to resolve this matter amicably and I shall take whatever steps are necessary to protect my client's rights.

      This letter is not an exhaustive statement of Best Vacuum's legal position and is written without prejudice to all of the rights and remedies available, both legal and equitable, all of which are specifically and expressly reserved.

      I look forward to your prompt response to this matter.

      Very truly yours,

      DAVID M. ADLER, ESQ. & ASSOCIATES, P.C.

DMA/jb

Cc:      P.Teven