**IN THE UNITED STATES DITRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **BEST VACUUM, INC., an Illinois** | ) | |
|     **Corporation,** | ) | |
|                  **Plaintiff,** | ) | |
| | ) | **07 CV 7176** |
| | ) | |
|                **v.** | ) | **Judge Coar,** |
| | ) | **Magistrate Judge Nolan.** |
| **MH VACUUM & SEWING MACHINE,** | ) | |
| | ) | |
|                **Defendant.** | ) | |

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that on March 13, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Room 1419 and then and there present the attached PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

      David M. Adler, an attorney, certifies that in accordance with Local Rule 5.3 of the United States District Court for the Northern District Of Illinois, he caused a copy of PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER to be served upon:

      Charles Lee Mudd, Jr.
      Law Offices of Charles Lee Mudd, Jr.
      3344 North Albany avenue
      Chicago, Illinois 60618
      Attorney for Defendant

by placing the same in a United Sates Post Office Box located at 161 North Clark Street, Chicago, Illinois, postage prepaid, this 7th day of March, 2008.


By:    [Signed] /David M. Adler, Esq./
        David M. Adler, Esq.

David M. Adler, Esq.
DAVID M. ADLER, ESQ. & ASSOCIATES, PC
2 North LaSalle Street, Suite 1600
Chicago, IL 60602
Phone: (312) 379-0236

ISBA #6242403