*MHN*

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7176 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Best Vacuum, Inc vs. MH Vacuum & Sewing Machine | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/13/2008 regarding # 10. Plaintiff's Motion for Temporary Restraining Order is Granted. Enter Temporary Restraining Order.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|