UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Best Vacuum Inc

                         Plaintiff,

v.                                                 Case No.: 1:07−cv−07176
                                                 Honorable David H. Coar

MH Vacuum & Sewing Machine

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

       MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/7/2008 regarding motion for preliminary injunction [6]. Parties advised settlement of the case. MOTION by Plaintiff Best Vacuum Inc for preliminary injunction [6] is continued to 4/17/2008 at 9:00. Status/Motion Hearing set for 4/17/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.