**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Best Vacuum Inc

                    Plaintiff,

v.                                                Case No.: 1:07−cv−07176
                                                 Honorable David H. Coar

MH Vacuum & Sewing Machine

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/17/2008 regarding motion for preliminary injunction[6], parties to work out terms of an agreed order of dismissal. Plaintiff's Motion for preliminary injunction [6] continued to April 24, 2008 at 9:00 a.m. Status regarding motion for preliminary injunction [6] is set for 4/24/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.