Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,214,717
Registered Mar. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

### bestvacuum.com

BEST VACUUM, INC. (ILLINOIS CORPORATION)
2646 N. LINCOLN AVE.
CHICAGO, IL 60614

FOR: ONLINE RETAIL STORE SERVICES FEATURING VACUUM CLEANERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-14-1996; IN COMMERCE 5-14-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-492,049, FILED 9-30-2004.

MIDGE BUTLER, EXAMINING ATTORNEY


EXHIBIT A