| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| United States District Court, Northern District of Illinois | | | | *M HN* |
| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge If Other than Assigned Judge | | |
| CASE NUMBER | 07 C 7176 | DATE | 4/24/2008 | |
| CASE TITLE | Best Vacuum, Inc v. M.H Vacuum Sewing Machine | | | |

**DOCKET ENTRY TEXT**

Motion hearing held regarding # 6. The parties having agreed on an order of dismissal an the Court having reviewed said order, the request to dismiss defendant M H Vacuum & Sewing Machine is granted. Defendant MH Vacuum & Sewing Machine is dismissed from this lawsuit without prejudice. The Court retains jurisdiction until May 28, 2008 as to the agreement between Best and MH. The settlement agreement to be filed under seal. ENTER ORDER OF DISMISSAL. Status hearing set for June 12, 2008 at 9:00 a.m. regarding the amended complaint/added defendant. Motion for Preliminary Injunction [6] is terminated.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|