MHN

# IN THE UNITED STATES DITRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BEST VACUUM, INC., <br>     an Illinois Corporation, <br><br>     Plaintiff, <br><br> v. <br><br> MH VACUUM & SEWING MACHINE, <br><br>     Defendant. | ) 07 CV 7176 <br> ) <br> ) <br> ) <br> ) <br> ) Judge Coar, <br> ) Magistrate Judge Nolan. <br> ) <br> ) <br> ) |

## DISMISSAL ORDER

The parties coming before the Court with counsel for both parties present, the parties having agreed to settle their differences and enter into a Confidential Settlement Agreement, and the Court being fully-advised in the premises,

IT IS HEREBY ORDERED:

1. Defendant, MH Vacuum & Sewing Machine ("MH Vacuum") is dismissed from this lawsuit without prejudice subject to this Court retaining jurisdiction of this matter and MH Vacuum for purposes of enforcing the terms of the Confidential Settlement Agreement for a until ~~period of _____ days, and;~~ May 26, 2008.

2. Plaintiff is given leave to amend the Complaint to add as a party defendant the registrant of the domain name "bestvacuumcleaner.net" with Summons to issue instanter;

SO ORDERED, this 24th day of April, 2008, at 9:15 a.m.

_____

By: United States District Judge Coar

APR 2 4 2008

STIPULATED TO AND APPROVED FOR ENTRY:

|  |  |
|---|---|
| David Adler | Sophie Dye |
| Attorney for Plaintiff | Attorney for Defendant |
| David M. Adler, Esq. & Associates | Mudd Law Offices |
| 161 N. Clark Street | 3114 West Irving Park Road |
| Suite 2500 | Suite 1W |
| Chicago, Illinois 60601 | Chicago, Illinois 60618 |
| 312.379.0236 Telephone | 773.588.5410 Telephone |
| 312.275.7534 Facsimile | 773.588.5440 Facsimile |

Dated: _____ April 2008                _____ April 2008