

# Ocean County Sheriff's Department

Ocean County Justice Complex
120 Hooper Avenue
Toms River, NJ 08753
Phone: (732) 929-2044   Fax: (732) 349-1909

# FAX

WILLIAM L. POLHEMUS, Sheriff
WANYE R. RUPERT, Undersheriff
JEFF P. THOMPSON, CHIEF

To:
Name: David M Adler
Affiliation:
Address:
Phone#: (   )   -          Fax: (312) 275-2534
Date:

From (if other that above):

This cover sheet is page 1 of 2 pages.
If you do not receive all pages, please contact _____  at (732) 929-2044 ext. 3826

REMARKS:

Here is affidavit you requested

If any questions. Please call

Sorry for the inconvience

*[signature]*

SPECIAL ASSISTANCE/ACCOMMODATIONS available. Please call (732) 349-2010 (V/TTY).

S.D. 179

```
****** A F F I D A V I T   O F   S E R V I C E ******     05/02/08
SHERIFFS NUMBER.. 095948  DEFENDANT SEQUENCE 001 OF 001 OFFICER...ZYCKO
TYPE OF SERVICE............ SUMMONS AND COMPLAINT

I, WILLIAM L. POLHEMUS, SHERIFF OF OCEAN COUNTY, DO HEREBY DEPUTIZE
    S/O Sargent #98
              (PRINT OFFICER'S NAME)

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.
================= ATTORNEY =================
                                                    CHECK #        AMOUNT
  DAVID M. ADLER ESQ. & ASSOC, P.C.                  2189           75.00
  2 NORTH LASALLE STREET, SUITE 1600
                                                 CONTROL # 289552
  CHICAGO, IL 60602

=========================== COURT DATA =========================== SHFSTACE
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT
RETURN DATE                  TIME :            DAYS 00
DOCKET... 07CV7176           STATE...IL COUNTY OF VENUE... NORTHERN DISTRICT
========================== CAPTION OF CASE ==========================
CORPORATION NAME......... BEST VACUUM, INC,
VS...ABRAHAM COHEN
============ DEFENDENT OR NAMED WITHIN TO BE SERVED ============
INDIVIDUAL NAME...... ABRAHAM COHEN
  ADDRESS1............! 355 MEDIA
  ADDRESS2............! 207 1ST ST #404
  TOWN/STATE/ZIP......! LAKEWOOD, NJ 08701
=========================== PAPERS SERVED ===========================
SUMMONS AND COMPLAINT
DEMAND

============== S E R V I C E  D A T A  R E C O R D E D ==============
[X]...SERVED SUCCESSFULLY   [ ]...UNABLE TO SERVE   DATE... 05-06-08
                                                    TIME... 1:18 pm
REMARKS: _____

   [ ]....COPY PERSONALLY DELIVERED
   [X]....COPY LEFT WITH:                          ATTEMPTS [ 1 ]
         COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OF AGE
         RESIDING THEREIN
   [ ]....DULY SERVED ON SELF/SPOUSE AT THEIR ABODE
PERSON SERVED:...!  Chanie Cohen (wife)

         [ ].... IS IN THE MILITARY  [X].... NOT IN THE MILITARY
SEX   : [ ] MALE    [X] FEMALE
SKIN  : [X] WHITE [ ] BLACK [ ] YELLOW [ ] BROWN [ ] RED
HEIGHT: [ ] UNDER 5 FEET [X] 5.0-5.6FT [ ] 5.7-6.0 [ ] OVER 6 FT
WEIGHT: [ ] UNDER 100 LBS [X] 100-150 LBS [ ] 151-200 LBS [ ] OVER 200 LBS
HAIR  : [ ] BLACK [X] BROWN [ ] BLOND [ ] GRAY [ ] RED [ ] WHITE [ ] BALDING
AGE   : [ ] 14-20 [X] 21-35 [ ] 36-50 [ ] 51-65 [ ] OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME              SIGNATURE
ON  May 12, 2008                       DEPUTY SHERIFF OF OCEAN COUNTY
                                               STATE OF NEW JERSEY
```