IN THE UNITED STATES DITRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BEST VACUUM, INC., an Illinois Corporation,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABRAHAM COHEN, an individual, doing business as 355 MEDIA and 355media.com,<br>　　　　　　　Defendant. | )<br>)<br>) **07 CV 7176**<br>)<br>) **Judge Coar**<br>) **Magistrate Judge Nolan.**<br>)<br>)<br>)<br>) Jury Demanded<br>)<br>) |

## **MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Best Vacuum, Inc., ("Plaintiff"), by and through its attorneys David M. Adler, Esq. & Assoc. PC, respectfully requests that this court enter a judgment and issue a permanent injunction against defendant, Abraham Cohen, doing business as 355 Media ("Defendant"), resulting from Defendant's default on May 27, 2008. In support of this motion, Plaintiff states as follows:

　　1.　　On April 24, 2008, Plaintiff filed its Complaint for Trademark Infringement, Trademark Dilution and Unfair Competition arising under §§ 32 and 43 of the Lanham Act, 15 U.S.C. § 1114(1)(Trademark Infringement), 15 U.S.C. § 1125(c)(Trademark Dilution), and 15 U.S.C. § 1125(a)(Unfair Competition), and for deceptive trade practice arising under the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2.

　　2.　　On May 6, 2008, Defendant was served with a copy of the Complaint, Summons and Waiver of Summons.

　　3.　　Defendant's Answer was due on or before May 27, 2008.

　　4.　　Defendant has not filed an Answer or returned the Waiver of Summons.

5. Plaintiff respectfully requests that judgment pursuant to Federal Rule of Civil Procedure 55 be entered against Defendant in the amount of $10,000.00 in punitive damages and $1,975.00 in court costs and fees. The damages amount is Plaintiff's request for punitive damages, which Plaintiff respectfully submits should be an amount sufficient to punish Defendant for its past intentional and malicious conduct and deter Defendant from engaging in the same conduct in the future, $10,000.00. The fees and costs are supported by the facts contained in the accompanying affidavit of David M. Adler, counsel for Plaintiff.

**WHEREFORE**, Plaintiff, BEST VACUUM, respectfully prays that this Court:

1. Issue a preliminary and permanent injunction, enjoining and prohibiting Cohen, and each and every natural personal and any other business entity, doing business under the assumed name 355 Media or 355media.com, or its agents, servants, employees, officers, attorneys, successors and assigns from:

   (A) Using the "bestvacuumcleaner.net" domain name, or any similar version thereof, in connection with the description, marketing, promotion, advertising, or sale of vacuum cleaners or other similar products;

   (B) Infringing Best Vacuum's BESTVACUUM.COM trademark;

   (C) Diluting Best Vacuum's BESTVACUUM.COM trademark;

2. Order an award of damages against Cohen and each and every natural personal and any other business entity, doing business under the assumed name 355 Media or 355media.com, in an amount to be determined at trial;

3. Order an award of treble damages against Cohen and each and every natural person and any other business entity, doing business under the assumed name 355 Media or 355media.com, as provided by Section 35(a) of the Lanham Act;

4.  Order an award of attorney's fees and costs against Cohen and each and every natural person and any other business entity, doing business under the assumed name 355 Media or 355media.com, as provided by Section 35(a) of the Lanham Act and 815 ILCS 510/3, and

DATED this June 3, 2008.

Respectfully submitted,

BEST VACUUM, INC.


By:    [signed] /david m. adler/
      David M. Adler, One of its attorneys

Attorneys for Plaintiff Best Vacuum, Inc.

David M. Adler, Esq.
DAVID M. ADLER, ESQ. & ASSOCIATES, PC
161 North Clark Street, Suite 2550
Chicago, IL 60601
Phone: (312) 379-0236
Attorney No. 35543
ISBA #6242403