STATE OF ILLINOIS

COUNTY OF COOK

AFFIDAVIT OF DAVID M. ADLER

I, David M. Adler, under oath states as follows:

1. I am a lawyer with the law firm of David M. Adler, Esq. & Assoc. PC which serves as counsel to Plaintiff, Best Vacuum, Inc. in this case.

2. Attached to this affidavit are true and correct copies of the invoices reflecting the work performed by David M. Adler, Esq. & Assoc. PC through the month of May, 2008 pertaining to filing a First Amended Complaint against defendant, Abraham Cohen, d/b/a 355 Media/355media.com and drafting a Motion for Default Judgment.

3. In addition to the bills, I have performed work on this matter in the month of June, 2008, for which bills have not yet been generated. Based on my review of written time sheets, I estimate that Plaintiffs will incur $1,000.00 in attorneys fees and costs for the month of June.

4. My standard billing rate is $275.00 per hour although I have been billing Plaintiff, Best Vacuum, Inc., at a reduced hourly rate of $250.00 per hour. I have devoted 3.5 hours to the matters pertaining to filing a First Amended Complaint and drafting a Motion for Default Judgment against defendant, Abraham Cohen, d/b/a 355 Media/355media.com.

5. In addition, the invoices reflect that reasonable necessary costs incurred by David M. Adler, Esq. & Assoc. PC on behalf of Plaintiff, Best Vacuum, Inc., total $75.00. These costs include filing and process service fees,

6. The total attorneys fees, costs and expenses incurred by David M. Adler, Esq. & Assoc. PC related to the matters pertaining to filing a First Amended Complaint and drafting a Motion for Default Judgment against defendant, Abraham Cohen, d/b/a 355 Media/355media.com in this case equals $1,975.00.

Further Affiant Sayeth Naught.

_____
David M. Adler

Signed and Sworn to before me on
3rd day of June 2008

My commission expires 07/10/11

"OFFICIAL SEAL"
ANNE MARIE SCHROEDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/10/2011