IN THE UNITED STATES DITRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BEST VACUUM, INC., an Illinois Corporation, | ) ) |
| Plaintiff, | ) **07 CV 7176** ) |
| | ) **Judge Coar** |
| v. | ) **Magistrate Judge Nolan.** ) |
| ABRAHAM COHEN, an individual, doing business as 355 MEDIA and 355media.com, | ) ) ) Jury Demanded |
| | ) |
| Defendant. | ) |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 9, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Room 1419 and then and there present the attached PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, a copy of which is attached hereto and served upon you.

CERTIFICATE OF SERVICE

David M. Adler, an attorney, certifies that in accordance with Local Rule 5.3 of the United States District Court for the Northern District Of Illinois, he caused a copy of PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT to be served upon:

Abraham Cohen, d/b/a 355 Media
Defendant
207 1st St. #404
Lakewood, NJ 08701

by placing the same in a United Sates Post Office Box located at 161 North Clark Street, Chicago, Illinois, postage prepaid, this June 3, 2008.

By:    [Signed] /David M. Adler, Esq./
David M. Adler, Esq.

David M. Adler, Esq.
DAVID M. ADLER, ESQ. & ASSOCIATES, PC
2 North LaSalle Street, Suite 1600
Chicago, IL 60602
Phone: (312) 379-0236
ISBA #6242403