UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Best Vacuum Inc
                    Plaintiff,

v.                                   Case No.: 1:07−cv−07176
                                                    Honorable David H. Coar

Abraham Cohen, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable David H. Coar:Plaintiff's Motion [23] for Default Judgment is granted to the extent that the Court will enter a clerk's default against the defendant. Enter Clerk's Default against the defendant, Abraham Cohen. Prove−up default hearing set for July 16, 2008 at 9:00 a.m. in Courtroom #1419. If the plaintiff intends to prove−up by affidavit, that affidavit shall be filed a with the Clerk of the Court and sent to the defendant at the last known address, on or before July 8, 2008. Further, the Plaintiff shall send a copy of this order to the defendant at the last known address of the defendant. Appearance is not required on the noticed motion date of 6/9/08. Status of 6/12/2008 is stricken. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.