# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7176 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Best Vacuum, Inc vs. Abraham Cohen, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion [23] for Default Judgment is granted to the extent that the Court will enter a clerk's default against the defendant. Enter Clerk's Default against the defendant, Abraham Cohen. Prove-up default hearing set for July 16, 2008 at 9:00 a.m. in Courtroom #1419. If the plaintiff intends to prove-up by affidavit, that affidavit shall be filed a with the Clerk of the Court and sent to the defendant at the last known address, on or before July 8, 2008 . Further, the Plaintiff shall send a copy of this order to the defendant at the last known address of the defendant. Appearance is not required on the noticed motion date of 6/9/08. Status of 6/12/2008 is stricken.   /s/David H. Coar

David H. Coar, U.S. District

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|