**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Best Vacuum Inc

                Plaintiff,

v.                                            Case No.: 1:07–cv–07176
                                              Honorable David H. Coar

Abraham Cohen, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable David H. Coar:Status hearing held on 7/23/2008. No one appeared at the time of calling this case in open Court on 7/23/2008. This action is dismissed for want of prosecution. Civil case terminated. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.